UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL GONZALES LLAGAS | * CIVIL ACTION |
| | * NO.: 2:17−CV−00472−PM−KK |
| VERSUS | * |
| | * JUDGE CAIN |
| SEALIFT HOLDINGS, INC.; SEALIFT, INC.; BLACK EAGLE SHIPPING, LLC; FORTUNE MARITIME, LLC; SEALIFT TANKSHIPS, LLC; SAGAMORE SHIPPING, LLC; and REMINGTON SHIPPING LLC | * |
| | * MAGISTRATE JUDGE KAY |
| | * |

## ORDER

HAVING CONSIDERED the Motion to Recognize and Enforce Arbitration Decision and Release Security by Sealift Holdings, Inc., Sealift, Inc., Black Eagle Shipping, LLC, Fortune Maritime, LLC, Sealift Tankships, LLC, Sagamore Shipping, LLC, and Remington Shipping, LLC (collectively, "Sealift"), and finding that the Decision of Labor Arbiter John-John S. Saliba in the matter *Daniel G. Llagas v. Magsaysay Maritime Corp.*, NLRC NRC OFW Case No. (M) 05-01092-21 (the "Decision") in favor of Sealift dismissing all claims by Plaintiff is entitled to recognition and enforcement;

IT IS HEREBY ORDERED that the Decision is hereby recognized and enforced;

IT IS FURTHER ORDERED that all remaining security held by Plaintiff for claims asserted in the above-captioned action against Sealift shall be immediately released;

IT IS FURTHER ORDERED that a Judgment in favor of Sealift on all claims shall henceforth issue.

_____
UNITED STATE DISTRICT JUDGE

3260370-1