

Republic of the Philippines
Department of Labor and Employment
### NATIONAL LABOR RELATIONS COMMISSION
National Capital Region
Quezon City

**DANIEL G. LLAGAS,**
            Complainant/s,

            -versus-                                    **NLRC NCR Case No. 05-001092-21 (M)**

**MAGSAYSAY MARITIME CORPORATION/**
**SEALIFT HOLDINGS, INC./MARLON R. ROÑO,**
            Respondent/s.
x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## S U M M O N S

**THE OWNER / MANAGER / PRESIDENT**
**MAGSAYSAY MARITIME CORPORATION/**
**SEALIFT HOLDINGS, INC.**
7th/F, Magsaysay Bldg., 250 TM Kalaw St.,
Ermita, Manila    RE 438 987 607 ZZ

**THE OWNER / MANAGER / PRESIDENT**
**SEALIFT HOLDINGS, INC.**
**c/o MAGSAYSAY MARITIME CORPORATION**
7th/F, Magsaysay Bldg., 250 TM Kalaw St.,
Ermita, Manila    RE 438 987 584 ZZ

**MARLON R. ROÑO**
**MAGSAYSAY MARITIME CORPORATION/**
7th/F, Magsaysay Bldg., 250 TM Kalaw St.,
Ermita, Manila    RE 438 987 598 ZZ

**GREETINGS:**

You are hereby **NOTIFIED** that a **COMPLAINT** (copy attached) has been filed against you. You will be directed to file your position paper within the period stated in an Order to be subsequently issued by the herein Labor Arbiter.

Pursuant to En Banc Resolution No. 03-20 (Series of 2020), you may file, within five (5) days from receipt hereof, a motion to set the case for mandatory conciliation and mediation conference for possible settlement, **with proof that complainant was furnished a copy thereof.** The conference shall be done, as far as feasible, through videoconferencing or other electronic means that will not require face-to-face interaction.

The motion to set the case for mandatory conciliation and mediation conference should state the terms and conditions of the settlement proposal including the amount being offered.

Should both parties agree to settle this case amicably, they may file **a motion/manifestation with the attached copy of the notarized Compromise Agreement or a Quitclaim/Release/Waiver.**

All motions/manifestations shall be filed through personal service, registered mail or private courier to the Receiving and Docket Unit and shall indicate the complete caption/title of the case and name of the Labor Arbiter.

WITNESS THE **HONORABLE JOHN-JOHN S. SALIBA,** Labor Arbiter, National Capital Region, this 2nd day of June 2021.

**ALFONSO M. MOLINO**
Labor Arbitration Associate

373 Bookman Building, Quezon Avenue, Quezon City 1114
website: www.nlrc.dole.gov.ph   email address: ncrabquery@gmail.com/nlrcncr.admunit@gmail.com

Exhibit 2

2l

Republic of the Philippines
Department of Labor and Employment
**NATIONAL LABOR RELATIONS COMMISSION**
<u>NATIONAL CAPITAL REGION</u>
Quezon City

## <u>CERTIFICATE OF RAFFLE/NOTICE OF MANDATORY CONFERENCE</u>

DANIEL GONZALES LLAGAS

Date May 28, 2021

---------------------------------

Complainant/s

MAGSAYSAY MARITIME CORPORATION / SEALIFT
HOLDINGS, INC.

NLRC CASE NO. NCR-05-01092-21

---------------------------------

Respondent/s

x---------------------------------------x

I hereby certify that I personally witnessed the raffle of my complaint in the raffle box where the name of Labor Arbiter **JOHN-JOHN S. SALIBA** has been picked and assigned to hear and decide my complaint, to my satisfaction.

_____
DANIEL GONZALES LLAGAS
Complainant/s

( ) Complainant did not attend the raffle
Raffled to: Labor Arbiter **JOHN-JOHN S. SALIBA**
RM. 408, 4TH FLOOR, BOOKMAN BLDG.

_____
MARIO H. CASTILLO
Raffle Officer

**8743-3406**
**ofclasaliba@gmail.com**

NCR-05-01092-21

Revised as of 28 March 2019

Republic of the Philippines
Department of Labor and Employment
NATIONAL LABOR RELATIONS COMMISSION

# OFW SEABASED COMPLAINT RAB N C R

| NAME OF COMPLAINANT (PANGALAN) | SEX (KASARIAN) | AGE (EDAD) | CIVIL STATUS |
|---|---|---|---|
| **DANIEL GONZALES LLAGAS** | M | 55 | MARRIED |

| ADDRESS (TIRAHAN) | ZIPCODE | NUMBER OF COMPLAINANT/S |
|---|---|---|
| **212 MH DEL PILAR ST. MAYSILO CITY OF MALABON, METRO MANILA** | 1470 | MALE **1** FEMALE **0** |

## LOCAL AGENCY / PRINCIPAL ABROAD

| LOCAL AGENCY | PRINCIPAL ABROAD |
|---|---|
| NAME OF RESPONDENT AGENCY (PANGALAN NG AHENSYA) **(1) MAGSAYSAY MARITIME CORPORATION** | NAME OF RESPONDENT PRINCIPAL **(1) SEALIFT HOLDINGS, INC.** |
| ADDRESS (LUGAR NG AHENSYA) **(1) 7TH FLOOR, MAGSAYSAY BUILDING 520 TM KALAW ST ERMITA, METRO MANILA 1000** | ADDRESS **(1) 68 WEST MAIN STREET. OYSTER BAY , NEW YORK 11771, UNITED STATES OF AMERICA (USA)** |
| NAME OF OWNER/MANAGER/PRESIDENT (PANGALAN NG MAY-ARI NG KOMPANYA) **(1) MARLON R. ROÑO** | NAME OF ACTUAL EMPLOYER / (1) ... |
| | ADDRESS |

| POSITION / NATURE OF WORK (URI NG TRABAHO) **FITTER** | SALARY PER CONTRACT **600.00 USD/Month** | FLIGHT DATE (PHILS.) DEPARTURE **06/10/2016 12:00:00 AM** | ARRIVAL **03/01/2017 12:00:00 AM** |
|---|---|---|---|
| PLACE OF WORK / FLAG / VESSEL (LUGAR / BANSA / SASAKYANG DAGAT) **US/ M/V BLACK EAGLE** | SALARY RECEIVED **0.00 USD/Month** | DATE DISMISSED **1/03/2017** | DATE REPATRIATED |

IS THERE A UNION IN YOUR COMPANY?   YES ☐   NO ☑    IF YES, WHAT IS THE NAME OF UNION?

ARE YOU A UNION MEMBER?   YES ☐   NO ☑    **N/A**

IS YOUR UNION AFFILIATED WITH ANY FEDERATION OR CONFEDERATION?   YES ☐   NO ☑

IF YES, SPECIFY NAME OF FEDERATION OR CONFEDERATION?              IS THERE AN EXISTING CBA?   YES ☐   NO ☑
**N/A**

## CAUSE/S OF ACTION

Money Claims - Salary/Wage - Underpayment,  Overtime Pay - Underpayment

HAVE YOU FILED SIMILAR CLAIMS ELSEWHERE?   YES ☐   NO ☑

IF YES, SPECIFY WHICH DOLE AGENCY OR NLRC RAB:   **N/A**

NATURE OF CASE?   ☐ ILLEGAL DISMISSAL   ☐ DISABILITY/MEDICAL BENEFITS   ☐ MONEY CLAIMS   ☐ OTHERS:

HAVE YOU EXECUTED ANY QUITCLAIM / RELEASE IN FAVOR OF RESPONDENT?   ☐ YES   ☑ NO    IF YES, WHERE EXECUTED:   N?A

## RELIEF

☐ A. PAYMENT OF SALARIES/ WAGES (PURSUANT TO RA NO 8042 AS AMENDED RA NO 10022)

☑ B. OTHERS (SPECIFY)   **MONEY CLAIMS**

DANIEL GONZALES LLAGAS
COMPLAINANT (Signature over printed name)

## VERIFICATION / CERTIFICATION OF NON-FORUM SHOPPING

I/We DANIEL GONZALES LLAGAS, having been duly sworn to, (if several, shall subscribe and be sworn to) in accordance with law, hereby depose and state that:

I/We am/are the complainant/s in the above-entitled case; I/We have read the contents hereof and declare the same to be true to the best of my/our knowledge and belief. I/We have not filed any similar case with any other Court, Quasi-Judicial body or governmental agency. Neither have I/We filed any other similar complaint involving the same parties and the same cause of action before any other Regional Arbitration Branch (RAB) of the Honorable Commission.

DANIEL GONZALES LLAGAS
COMPLAINANT/AFFIANT (Signature over printed name)

SUBSCRIBED AND SWORN to before me this 28th day of May 2021 in QUEZON CITY,
affiant/s exhibiting to me his / her / their _____ No./s _____
Issued on _____ at _____

ADMINISTERING OFFICER

☐ WITH REFERRAL : NLRC RAB, DOLE & OTHER OFFICES
☐ FOR REFILLING DUE TO OTHER CAUSE OF ACTION
☐ EXEMPTED FROM SENA (WALK-IN SETTLEMENT)

Contract # 092933 14775

Revised as of _____

Republic of the Philippines
Department of Labor and Employment
**NATIONAL LABOR RELATIONS COMMISSION**

B-Doc. 08 Oct. 1965

**OFW** ☑ SEABASED ☐ LANDBASED    **COMPLAINT**    **RAB** ____

**NAME OF COMPLAINANT (PANGALAN)** ▼
DANIEL G. LLAGAS

**SEX (KASARIAN)** M   **AGE (EDAD)** 55   **CIVIL STATUS** MARRIED

**ADDRESS (TIRAHAN)** ▼
212 MH DEL PILAR ST. MAYSILO, MALABON CITY   **ZIP CODE** 1477

**NUMBER OF COMPLAINANT/S** ☐ MALE ☐ FEMALE

| **LOCAL AGENCY** | **PRINCIPAL ABROAD** |
|---|---|
| NAME OF RESPONDENT AGENCY: MAGSAYSAY MARITIME CORPORATION | NAME OF RESPONDENT PRINCIPAL: SEALIFT HOLDINGS, INC. |
| ADDRESS: 7th FLR., MAGSAYSAY BUILDING 520 TM KALAW ST. | ADDRESS: 68 WEST MAIN STREET, OYSTER BAY NEW YORK 11771 |
| NAME OF OWNER/MANAGER/PRESIDENT: MARLON R. RONO | NAME OF ACTUAL EMPLOYER: SEALIFT INC. |
| | ADDRESS: 68 WEST MAIN STREET, OYSTER BAY, NEW YORK 11771 |

**POSITION / NATURE OF WORK** ▼ FITTER   **SALARY PER CONTRACT** $600
**FLIGHT DATE (PHILS.)** DEPARTURE 06 Oct. 2016  ARRIVAL 02 Jan. 2017

**PLACE OF WORK/FLAG/VESSEL** U.S. / M/V BLACK EAGLE   **SALARY RECEIVED** ____   **DATE DISMISSED** ____   **DATE REPATRIATED** ____

IS THERE A UNION IN YOUR COMPANY? YES☐ NO☒
ARE YOU A UNION MEMBER? YES☐ NO☒   IF YES, WHAT IS THE NAME OF UNION? ____
IS YOUR UNION AFFILIATED WITH ANY FEDERATION OR CONFEDERATION? YES☐ NO☒
IF YES, SPECIFY NAME OF FEDERATION OR CONFEDERATION? ____   IS THERE AN EXISTING CBA? YES☐ NO☒

## CAUSE/S OF ACTION

☐ A. ILLEGAL DISMISSAL
  ☐ ACTUAL
  ☐ CONSTRUCTIVE
  ☐ GENDER ISSUES
    ☐ SEXUAL HARASSMENT
    ☐ DISCRIMINATION
    ☐ MALTREATMENT/RAPE/TRAFFICKING
    ☐ OTHERS (Please specify)

☑ B. MONEY CLAIMS
NON-PAYMENT | UNDERPAYMENT
☐ | ☑ SALARIES/WAGES
☐ | ☑ OVERTIME PAY
☐ | ☐ VACATION PAY
☐ | ☐ SICK LEAVE PAY
☐ | ☐ DEATH BENEFITS

☐ C. DISABILITY /MEDICAL BENEFITS
    DESCRIBE DISABILITY /DISEASE ____
☐ D. REFUND OF TRANSPORTATION FARE
☑ E. OTHERS (Please Specify)

HAVE YOU FILED SIMILAR CLAIMS ELSEWHERE? ☐YES ☒NO
IF YES, SPECIFY WHICH DOLE AGENCY OR NLRC RAB: ____
NATURE OF CASE: ☐ILLEGAL DISMISSAL ☐DISABILITY/MEDICAL BENEFITS ☑MONEY CLAIMS ☐OTHERS:
HAVE YOU EXECUTED ANY QUITCLAIM / RELEASE IN FAVOR OF RESPONDENT? ☐YES ☒NO IF YES: WHERE EXECUTED ____

## RELIEF

☐ A. PAYMENT OF SALARIES / WAGES FOR THE UNEXPIRED PORTION OF THE CONTRACT THREE (3) MONTHS PER YEARS (PER RA9042 )
☐ B. OTHERS, SPECIFY Money Claims

DANIEL G. LLAGAS
COMPLAINANT (Signature over printed name)

### VERIFICATION / CERTIFICATION OF NON-FORUM SHOPPING

I/We DANIEL G. LLAGAS, having been duly sworn to, (if several, shall subscribe and be sworn to) in accordance with law, hereby depose and state that:
I / We am / are the complainant/s in the above-entitled case; I/We have read the contents hereof and declare the same to be true to the best of my/our knowledge and belief. I/We have not filed any similar case with any other Court, Quasi-Judicial body or government agency. Neither have I/We filed any other similar complaint involving the same parties and the same cause of action before any other Regional Arbitration Branch (RAB) or the Honorable Commission.

DANIEL G. LLAGAS
COMPLAINANT/AFFIANT (Signature over printed name)

SUBSCRIBED AND SWORN to before me this 28th day of May 2021 in OL____
affiant/s exhibiting to me his / her / their ____ No./s ____
Issued on ____ at ____.

ADMINISTERING OFFICER